PROB 12B
(12/98)

# United States District Court

For

## The Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Esteven Soto         **Case Number:** 6:20CR06120-001

**Name of Sentencing Judicial Officer:** Honorable David G. Larimer, U.S. District Judge*

**Date of Original Sentence:** December 14, 2020

**Original Offense:** Possession of Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(i)

**Original Sentence:** Sentenced to sixty (60) months incarceration with the Bureau of Prisons and five (5) years of supervised release to follow. Special conditions imposed at sentencing include substance abuse treatment and testing and search.

**Modification:** On May 13, 2025, the defendant's conditions were modified to include Location Monitoring for one (1) month. This condition was requested due to testing positive for controlled substances.

*Case transferred to the Honorable Meredith A. Vacca on May 13, 2025

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** October 17, 2024

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

The defendant is to participate in a mental health treatment program, including a mental health evaluation and any treatment recommended. The probation officer will supervise the details of any testing and treatment, including the selection of a provider and schedule. If in-patient treatment is recommended, however, it must be approved by the Court unless the defendant consents. The defendant is not to leave such treatment until completion or as ordered by the Court. While in treatment or taking psychotropic medication, the defendant shall abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered.

## CAUSE

On June 27, 2025, the defendant met with this officer at the U.S. Probation Office. At that time the defendant indicated that his ongoing struggles with substance abuse are related to mental health concerns that he is experiencing. According to the Presentence Report the defendant was referred

RE: ESTEVEN SOTO
6:20CR06120-001

to mental health treatment while on pre-trial supervision, however as he was unable to maintain sobriety, he was not able to engage in treatment at that time.

Based on the above information the U.S. Probation Office is requesting the above noted modification to conditions in order to assist the defendant in addressing his ongoing substance abuse concerns. The defendant agrees with this modification as evidenced by his signature on his accompanying form Prob 49.

Reviewed by:

_____
Xochitl M. Morales
Supervising U.S. Probation Officer

Respectfully submitted,

by _____
Christian M. Burns
U.S. Probation Officer
Date: July 8, 2025

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

7/8/2025
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

## Waiver of Hearing to Modify Conditions
## Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is to participate in a mental health treatment program, including a mental health evaluation and any treatment recommended. The probation officer will supervise the details of any testing and treatment, including the selection of a provider and schedule. If in-patient treatment is recommended, however, it must be approved by the Court unless the defendant consents. The defendant is not to leave such treatment until completion or as ordered by the Court. While in treatment or taking psychotropic medication, the defendant shall abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

6/27/15
Date